IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
______________ DIVISION

FILED

2011 NOV 18 PM 2:14

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Sarah Appleby

name of plaintiff(s)

v.

Fidelity Investments
and
Shirley Appleby

name of defendant(s)

Case No. ______________
(to be assigned by clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

Fraud, Identity Theft, unauthorized transfer of investment trust funds; theft of funds

2. Plaintiff, Sarah Appleby resides at 322 Rose Lane (street address), Panama City Beach (city), Bay (county), FL (state), 32413 (zip code), (615) 668-1435 (telephone number).

(if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Fidelity Investments lives at, or its business is located at 2035 Mallory Lane, (street address)

Franklin (city), TN/Williamson (county), TN (state)

37067 (zip code).

(if more than one defendant, provide the same information for each defendant below)

Shirley Appleby
2045 Bachman Valley Rd.
Manchester, MD. 21102.

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I have had a bank account with Fidelity Investments for 10 years. (UTMA) On Feb. 4, 2009 I had called Fidelity to check on my account. The brokerage consulted had informed me that my money which had been in the sum of $42,534.18 had been transffered to someone else's account on January 5, 2009. I did not authorize this transaction, or sign any paperwork giving this money to another person. This is clearly an act of fraud. I have been fighting with the bank for 2 years to get my money back. They have ignored me.

5. Prayers for Relief (list what you want the Court to do):

a. That the money in my acct be returned with intrest

b. That I be compensated in the amount of 38,000 for intentional / negligent infliction of emotional distress

c.

d. That the person(s) involved with this theft be prosecuted.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this November day of 18th, 19 2011.

Sarah Appleby

(signature of plaintiff(s))